UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH CONCILIO,

    Plaintiff,

v.

CARIBBEAN SUN AIRLINES, INC.
d/b/a WORLD ATLANTIC AIRLINES,

    Defendant,
_____/

## COMPLAINT

1. The jurisdiction of this court is conferred by 15 U.S.C. § 1681p.  Venue lies in the Southern Division of the Judicial District of Florida as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

## PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C Section 1681 et seq. (hereinafter referred as the "FCRA").  Plaintiff seeks actual damages, punitive damages, costs and attorney's fees.

3. Plaintiff is a natural person and is a resident and a citizen of Hallandale Beach, Broward County, Florida. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant, CARIBBEAN SUN AIRLINES, INC., d/b/a WORLD ATLANTIC AIRLINES, owns and operates a commercial airline in Miami Dade County, within the venue of this Court.

## CAUSE OF ACTION

### *STATEMENT OF FACTS*

5. In November 2012, Plaintiff applied for employment with Defendant, and Defendant shortly thereafter obtained a "consumer report" on Plaintiff as that term is contemplated by the FCRA.  Apparently, the consumer report came back indicating that Plaintiff had a "significant criminal history" pursuant to Arturo De La Vega, who is the Human Resources Manager for defendant.

6. Plaintiff advised Mr. Arturo De La Vega repeatedly that the information he possessed was incorrect, and repeatedly demanded to see the information that Mr. De La Vega was referring to.

7. Defendant illegally refused to provide Plaintiff with the information in his possession, and further illegally refused to provide a pre- adverse action notice as contemplated by 15 USC 1681m(a).  As of the filing of this Complaint, despite repeated requests, Plaintiff still has not received any of the information requested or the adverse action notice.

8. Pursuant to 15 USC 1681n and 15 USC 1681o, the FCRA provides that any person who fails to comply with any FCRA requirement with respect to any consumer is liable to that consumer.

### *STATEMENT OF CLAIM*

9. Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

   a. Defendant has consistently and illegally refused to provide Plaintiff with a copy of the alleged "consumer report" along with a pre adverse action notice in derogation of 15 USC 1681m(a).

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant:

a) actual damages;

b) punitive damages;

c) attorney's fees; and

d) costs.

Plaintiff seeks a trial by jury.

Dated: January 29, 2013                              Respectfully Submitted,


s/ J. Dennis Card, Jr.
J. Dennis Card, Jr., Esq.
Email: Dcard@Consumerlaworg.com
Florida Bar No.: 0487473
Consumer Law Organization, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9533
Attorney for Plaintiff